# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JOSEPH ROBERT GILLIAM, | Case No. 19-CV-2749 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| ROBIN ROACH, MICHAEL ENGEL, NICKOLAS EBERHEART, RYAN MANLEY, JESSE KENOW, AND TROY GRIFFITH, | |
| Defendants. | |

The Court has received the April 1, 2020 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 28.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 28) is ACCEPTED;

2. Robin Roach, Michael Engel, Nickolas Eberheart, and Ryan Manley's Motion to Dismiss (ECF No. 6) is GRANTED;

3. Jesse Kenow and Troy Griffith's Motion to Dismiss (ECF No. 15) is GRANTED in part and DENIED in part;

4. Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE; and

5. Plaintiff's motion for a hearing (ECF No. 29) is DENIED AS MOOT.


Dated: May 6, 2020                                    BY THE COURT:

                                                     s/Nancy E. Brasel
                                                     Nancy E. Brasel
                                                     United States District Judge